**No. 66050.**—Russell & Hathaway Enterprises *v.* United States, protest 58/23637 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of golf caddy carts similar in all material respects to those the subject of Abstract 64052, the claim of the plaintiff was sustained.

**No. 66051.**—Joseph A. Paredes and Cara Supply et al. *v.* United States, protests 59/21860, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of coffee brewers the same in all material respects as those the subject of Abstract 64580, the claim of the plaintiffs was sustained.

**No. 66052.**—Border Brokerage Company *v.* United States, protest 58/10102 (Seattle).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper toweling similar in all material respects to that the subject of *United States* v. *Border Brokerage Company* (48 C.C.P.A. 38, C.A.D. 760), the claim of the plaintiff was sustained.